UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TARA ANN KELLY,

    Plaintiff,                                      CASE NO.  4:09-cv-288-RS/WCS

v.

COLTIN ELECTRIC, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF RESOLUTION**

    Plaintiff hereby notifies the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between the parties, with each side to bear its own fees and costs. Plaintiff requests that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

    I HEREBY CERTIFY that a copy of the foregoing and attached have been furnished by CM/ECF service to all counsel of record this 15th day of December, 2009.

                                                              Respectfully submitted

                                                              */s/ Anabelle Dias*
                                                              Anabelle Dias (FBN: 162604)
                                                              310 East Bradford Road
                                                              Tallahassee, FL   32303
                                                              Telephone:    (850) 383-4800
                                                              Facsimile:     (850) 383-4801
                                                              COUNSEL FOR PLAINTIFF